IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cv-02505-DME

In re:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

M. JULIA HOOK, and
DAVID L. SMITH,

    Plaintiffs,

v.

COMMISSIONER OF INTERNAL REVENUE,

    Defendant.

## ORDER OF RECUSAL

THIS MATTER is before the Court *sua sponte*. I am a senior active member of the United States District Court for the District of Colorado, which is named as a party in Civil Action 07-cv-00631-DME. In addition, I have been on the panel of several cases in the Tenth Circuit Court of Appeals involving David L. Smith. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exist, warranting the *sua sponte* recusal pursuant to 28 U.S.C. § 455(a)[1] and Canon 3C(1) of the Code of Conduct for United States Judges, 175 F.R.D. 364, 368 (1998).

---

[1] The standard for impartiality under 28 U.S.C. § 455(a) is an objective one, requiring recusal only "if a reasonable person, knowing all of the facts, would harbor doubts about the judge's impartiality." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

**IT IS THEREFORE ORDERED** that:

1. The undersigned judge recuses hereafter in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCivR 40.1.

DATED THIS 30th day of January, 2008.

**BY THE COURT:**

*s/ David M. Ebel*

David M. Ebel
Circuit Court Judge