IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| HOOK, et al., | ) | |
| | ) | Civil No. 1:07-cv-2505 |
| Plaintiff(s), | ) | |
| vs. | ) | **AMENDED** |
| | ) | **NOTICE OF HEARING** |
| COMMISSIONER OF INTERNAL | ) | |
| REVENUE SERVICE, | ) | |
| | ) | |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that the **June 13, 2008 hearing is vacated,** and a proceeding in this case has been set for hearing before the Honorable Bruce S. Jenkins, in Room A702, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, on **WEDNESDAY, JUNE 18, 2008, at 9:30 a.m.**